**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-61455-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

MISTER DENT INC., a Florida Profit
Corporation and TIGERTAIL PARK LLC, a
Florida Limited Liability Company,

      Defendants.
_____/

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, MISTER DENT INC. and

TIGERTAIL PARK LLC (hereafter, "the Parties"), by and through their undersigned attorneys,

and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a

dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and

expenses other than those specified in a Confidential Settlement Agreement, and other than

enforcement of said settlement agreement, agree not to file any additional motions in this matter.

The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement

Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms

of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of

this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Keith T. Grumer*
Keith Thomas Grumer, Esq.
Florida Bar No. 504416
GRUMER LAW, P.A.
2482 Eagle Watch Court
Weston, FL 33327
Telephone: (954) 303-3000
Email: kgrumer@grumerlaw.com
Attorney for Defendants

Case No. 0:22-cv-61455-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

MISTER DENT INC., a Florida Profit
Corporation and TIGERTAIL PARK LLC, a
Florida Limited Liability Company

      Defendant(s).
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 27, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff