UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Howard M. Caplan,

      Plaintiff(s),

                                                   CASE NO: 22-CV-61455-AHS

vs.

MISTER DENT INC. et al.,

      Defendant(s),

_____/

## REPORT OF MEDIATOR

      The undersigned, Michael A. Genden, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 02/22/2023. The results of the Mediation Conference are as follows:

☐    All required parties were present *or.*

☐    The following required parties were not present: _____

☒    An agreement was reached.

☐    A **confidential** settlement agreement was reached.

☐    No agreement was reached.

☐    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

☐    The parties have agreed to continue negotiating with the assistance of the mediator.

☐    If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.

☐    Other:_____.

Respectfully Submitted:

/s/ Michael A. Genden
Michael A. Genden, Esq.
Florida Bar Number: 127270
John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record